

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury H-21-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:22cr_199_ (MPS ( TO)F MPS |
| v. | VIOLATIONS: |
| OSCAR FLORES and SEVERO ALELAR | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi) (Possession with Intent to Distribute Fentanyl) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl)

1. From on or about September 1, 2022 through on or about September 8, 2022, the precise dates being unknown to the Grand Jury, in the District of Connecticut, the defendants OSCAR FLORES and SEVERO ALELAR, and others known and unknown to the Grand Jury, did knowingly conspire together and with one another to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The defendants OSCAR FLORES and SEVERO ALELAR knew from their own conduct as members of the narcotics conspiracy charged in Count One, and from the reasonably foreseeable conduct of other members of that conspiracy, that the conspiracy involved 40 grams

or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute Fentanyl)

3. On or about September 8, 2022, in the District of Connecticut, the defendants OSCAR FLORES and SEVERO ALELAR did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

4. Upon conviction of one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendants OSCAR FLORES and SEVERO ALELAR shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been

substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 and 881, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Geoff M Stone*
GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY